# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Richard J. Lawlar and Shirlene L. Lawlar, ) ) ) ) Plaintiffs, ) ) vs. ) ) Hiland Partners Holdings, LLC, ) ) Defendant. ) | **ORDER** <br><br> Case No. 1:18-cv-231 |

On May 31, 2019, plaintiffs filed Motion to Amend Scheduling Order. There being no objection by defendant, the court **GRANTS** the motion (Doc. No. 12) and amends the pretrial deadlines as follows:

1. The parties shall have until September 7, 2019, to complete fact discovery and file discovery motions.

2. Plaintiffs shall have until July 15, 2019, to provide the names of expert witnesses and complete reports.

3. Defendants shall have until August 15, 2019, to provide the names of rebuttal expert witnesses and complete reports.

4. The parties shall have until August 23, 2019, to complete discovery depositions of expert witnesses.

All other deadlines set in the December 17, 2018, Scheduling Order shall remain in effect.

**IT IS SO ORDERED.**

Dated this 18th day of June, 2019.

>   */s/ Clare R. Hochhalter*
>   Clare R. Hochhalter, Magistrate Judge
>   United States District Court